APPENDIX A
**COMPLAINT FORMAT**

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ALABAMA**
_____*Mobile*_____ **DIVISION**

FILED JUL 11 '12 PM 4:24 USDCALS

(Name of Plaintiff)
**Plaintiff**
*James E. Robinson*
vs.                                          :           Civil Action No. 12-448-KD-C

(Name of Defendant(s))
**Defendant**
*U S Department of Education.*
*GC services. B. Gentry*

**COMPLAINT**
(Double space text of complaint)

U S Department of Education:
The Student Loan Principal Amount
1. Stated by the Department of Education
Exceed The Amount Stated by the
Lender on Application and Promissory
Note Dated 26 Aug 87. Also there was Loans
2. That I had no Knowledge.

(Grounds for jurisdiction)

(Show plaintiff's name(s) and residence or address)

James E. Robinson
1206 Lower St
3. Bayminette, AL 36507-2758

(Show defendant(s) name(s) and address(es))

U S Department of Education
PO Box 105028
Atlanta, GA 30348-5028

B. Gentry
GC Services
PO Box 27346
Knoxville, TN 37927

**APPENDIX A (Cont'd)**
**COMPLAINT FORMAT**

I HAVE BEEN IN CORRESPONDENCE WITH THE US DEPT OF ED, FOR OVER TWENTY YEARS, ASKING WHY IS MY STUDENT LOAN PRINCIPAL LOAN DIFFERENT FROM THE ONE STATED BY THE LENDER ALSO THERE NO CREDIT FOR MONEY PAID NINETEEN YEARS AGO. STATUE 152

(State briefly your legal claim or your reason for filing suit. Include the statue under which the suit is filed.)

5.

(Give a brief, concise statement of the specific facts involved in your case)

ON THE APPLICATION AND PROMISSORY NOTE THERE IS NO STATED LOAN AMOUNT. LOAN DATED 9/29/87 STATE THERE WAS A LOAN FOR 1053. STATEMENT DATED 9/28/87 STATES THERE WERE THREE LOANS

6.

(State the relief you are requesting.) 01/04/88, 2/04/88 AND 3/02/88 I WITHDREW FROM SCHOOL BEFORE CHRISTMAS 87. ITEMS ENCLOSED

I AM ASKING THE COURTS TO RELIEVE MY SOCIAL SECURITY OF THIS GARNISHMENT UNTIL A DECISION IS MADE SETTLING THIS DISPUTE, GIVE CREDIT FOR MONEY PAID. AND RECOUP THE INTEREST ON THE LOAN IF THERE IS ANY.

*James E. Robinson* - 07-10-12
(Signature and date), pro se

1206 Lower St. Prichard AL
(Address)

251-937-3394
(Phone Number)

*James E. Robinson*
*10 July 12*

1 OF 2

## APPENDIX A

#5

Item: A

Copy of Registration form stating spring quarter and date of entry.

Item: B

Transcript showing when I withdrew from the school.

Item: C

Application and promissory showing the amount I received $1572, on promissory note dated April 87. The checks copies are attach.

Item: D

Second application and promissory note. I was not of any loan amount on this loan until 1990. The bank sent a statement, stating I was given a loan in the amount of $1053.

Checking with the school I was informed they had return in the amount $524.00 statement enclosed with copy of check the school kept

Item E:

Copy of money bank stated was issued to the school, dated 01/01/88, 01/04/88 and 03/02/88 I was not in the school at this time.

James E. Robinson
10 July 12

2 OF 2

# APPENDIX A

ITEM: F
Copy of money paid to the IRS in 1993
I have yet to recieve credit for this
amount

ITEM: G
Copy showing the Department of Education
showing the $524.ºº return. This should have not
been $1572. I have no Promissory Note stating
I borrowed 1572.00 on my application dated April 87.
I agreed with the school on amount they kept
because they stated I was there two weeks in
December. So they kept the check for this quarter.

ITEM: H
In 1996 USA Group shows Disbursement of
Four checks. There are still saying I owe
More but know one can show me why

ITEM: G
Department of Education stating I
Graduated 8/31/88.
I withdrew from the school Dec 87
Winter quarter.

ITEM H.
Showing amount paid to Lender No credit
Item G. show amount of Principal loan asking.

APPENDIX B
**CERTIFICATE OF SERVICE FORMAT**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing _Civil_

_US Dept of Education  Po Box 5028 Atlanta, GA 30348-5028_
(Name of pleading)

was mailed/delivered to _GC Services_ at _Po Box 27346 Knoxville, TN 37927_
(Name of defendant(s) or       (Address)
defendant's attorney)

on _July 10_, 20 _12_.

_James E. Robinson_
(Signature and date), pro se
_1206 Lower ST_
_Bay Minette, AL 36507-2758_
(Address)

_251-937-3394_
(Phone Number)

# CARVER STATE TECHNICAL COLLEGE

414 Stanton Street
Mobile, Alabama 36617
Telephone: 478-1296 or 473-8692

**ENROLLMENT STATUS** ✓
New
Continuing
Re-enrolling
Date Terminated
Change of Status
(See Remarks)
Transferring
(Official Transcript Required)
Other
(Specify)

**ENROLLMENT PERIOD** 87
19
Fall
Winter
Spring ✓
Summer
Quarter Beginning/Ending
Date 3/9/89 To: 5/26/89

## STUDENT REGISTRATION AND ADMIT FORM

Name James E. Robinson   Course Brick and Masonry   Student Number 42444-5030 (Soc. Sec. No.)

Address 520 Halveston St   Mobile AL  36617   Phone 479-3388
(Street No. and Name)      City    State  Zip

**ATTENDANCE SCHEDULE**
Day _____ Night ✓
Full _____ Half ✓
Half _____ Term _____
¾ _____ 2/3 _____
Other _____ (See Remarks)
(Specify)

**ADMISSION CREDENTIALS**
(✓) Complete   ( ) Incomplete
Comments _____

**ENROLLMENT FORMS**
( ) Completed
Comments _____

**TRANSPORTATION**
(✓) Private Auto
( ) Walk
( ) City Bus
Other _____
(Specify)

**FINANCIAL OBLIGATIONS**
Tuition           $ 110.00
Application Fee      10.00
Student Insurance
Student ID Card       3.00
Late Fee
Locker Fee
Parking Fee
Other              8/94.00
Total $            8/94.00
Rec'd by           AMD
Date  3/10/87
Comments _____

**CLASS SCHEDULE**
| Course No. | Hours |
|---|---|
| BHC 300 | 3 |
| BHC 301 | 12 |

**FINANCIAL ASSISTANCE**
Pell Grant  1986-87 (Year)
Index 0  Award $ 206.25
Rehab. _____
(Counselor)
Veteran (Reg.) _____
Disabled Vet. _____
Vet. Dependent _____
JPTA _____
Scholarship _____
Other _____
(Specify)

**METHOD OF PAYMENT** Pell Grant
Verified By _____ CDM

**REMARKS** _____

## ENTRANCE REQUIREMENTS

**BOOKS AND SUPPLIES:**
( ) Requirements Met   ( ) Not Met
Comments _____
( ) T be supplied by _____

**TOOLS:**
( ) Requirements Met   ( ) Not Met
Comments _____
( ) To be supplied by _____

APPROVED/VERIFIED BY _____ DATE _____

## CLASS ADMIT

This form must be signed by all appropriate personnel and stamped each quarter before acceptance in the class. No student may be permitted in any class without an official CLASS ADMIT.

**DISTRIBUTION:**
1. White Copy - Instructor
2. Green Copy - SPA Files
3. Canary Copy - Business Affairs
4. Pink Copy - Dean Of Instr.
5. Goldenrod Copy - Student

Admitted
3/9/87
cdm

*Rm. 106*

*DR. NEWBERRY*

```
BISHOP STATE COMMUNITY CO
351 N BROAD STREET
MOBILE      AL   36603
<><>  U N O F F I C I A L   T R A N S C R I P T  <><>   AS OF DATE: 02/10/2005
```

|  |  |
|---|---|
| NAME: JAMES E ROBINSON | MAIL ADDR: 520 HELVESTON STREET |
| ADM DATE: 02/17/1987 | MOBILE                        AL |
|  | 36617 (251)479-3388 |
| BIRTH DATE: 07/05/1938 | BIRTHPLACE: |
| HIGH SCHOOL: | SEX: MALE |
| HS LOCATION: | STU NUM: 424445030 |

```
==============================================================================
PROGRAM:                              FIRST TERM:SP1987    LAST TERM:SP1988
  OPTION:
  CLASS:                                   ADVISOR: XX STAFF
```

### <<<<CUMULATIVE>>>>

| <<< TRANSFER >>>> | | | << DEV HR >> | | SCH | << CREDIT HOUR >> | | | |
|---|---|---|---|---|---|---|---|---|---|
| ATTEM | ERN'D | Q.P. | SCHED | ERN'D | HRS | ATTEM | ERN'D | Q.P. | QPA |
|  |  |  |  |  | 41.000 | 34.000 | 34.000 | 92.000 | 2.706 |

```
==============================================================================
```

|  | PRO OPT TO CC DV | | | T | | | | |
|---|---|---|---|---|---|---|---|---|
| SP1987 | CA | COURSE | HI | M GR | ATTM | ERND | Q.P. | |
| SAFETY/ORIEN/INTRO |  | BMC300 | A0 | C | 3.000 | 3.000 | 6.000 | |
| FUND PRACTICUM I |  | BMC301 | A0 | B | 4.000 | 4.000 | 12.000 | |
| | TRM QPA: 2.571 | TRM: | | | 7.000 | 7.000 | 18.000 | |
| | CUM QPA: 2.571 | CUM: | | | 7.000 | 7.000 | 18.000 | |

|  | PRO OPT TO CC DV | | | T | | | | |
|---|---|---|---|---|---|---|---|---|
| SU1987 | CA | COURSE | HI | M GR | ATTM | ERND | Q.P. | |
| FUND PRACTICUM II |  | BMC320 | A1 | B | 4.000 | 4.000 | 12.000 | |
| RELATED MATH I |  | RMA301 | A3 | A | 3.000 | 3.000 | 12.000 | |
| | TRM QPA: 3.429 | TRM: | | | 7.000 | 7.000 | 24.000 | |
| | CUM QPA: 3.000 | CUM: | | | 14.000 | 14.000 | 42.000 | |

|  | PRO OPT TO CC DV | | | T | | | | |
|---|---|---|---|---|---|---|---|---|
| FA1987 | CA | COURSE | HI | M GR | ATTM | ERND | Q.P. | |
| THEORY APPLICATION I |  | BMC330 | A1 | B | 3.000 | 3.000 | 9.000 | |
| BRICKLAYING PRACT I |  | BMC331 | A1 | B | 4.000 | 4.000 | 12.000 | |
| COMMUNICATION SKILLS |  | RCS301 | A1 | B | 3.000 | 3.000 | 9.000 | |
| | TRM QPA: 3.000 | TRM: | | | 10.000 | 10.000 | 30.000 | |
| | CUM QPA: 3.000 | CUM: | | | 24.000 | 24.000 | 72.000 | |

|  | PRO OPT TO CC DV | | | T | | | | |
|---|---|---|---|---|---|---|---|---|
| WT1988 | CA | COURSE | HI | M GR | ATTM | ERND | Q.P. | |
| THEORY APPL. II |  | BMC340 | A1 | C | 3.000 | 3.000 | 6.000 | |

Case 1:12-cv-00448-KD-C  Document 1  Filed 07/11/12  Page 8 of 22

==========================================================================

|            | PRO OPT TO CC DV | | T | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
|            | CA | COURSE | HI M | GR | ATTM | ERND | Q.P. |
| **WT1988** | | | | | | | |
| BRICKLAYING PRACT II | | BMC341 | A1 | C | 4.000 | 4.000 | 8.000 |
| RELATED MATH I | | RMA301 | A3 | C | 3.000 | 3.000 | 6.000 |
| | TRM QPA: **2.000** | TRM: | | | **10.000** | **10.000** | **20.000** |
| | CUM QPA: **2.706** | CUM: | | | **34.000** | **34.000** | **92.000** |

|            | PRO OPT TO CC DV | | T | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
|            | CA | COURSE | HI M | GR | ATTM | ERND | Q.P. |
| **SP1988** | | | | | | | |
| THEORY APPLICATION I | | BMC400 | A | W < 3.000> | | | |
| BLOCKLAYING PRACT I | | BMC401 | A | W < 4.000> | | | |
| | TRM QPA: | TRM: | | | | | |
| | CUM QPA: **2.706** | CUM: | | | **34.000** | **34.000** | **92.000** |

...END OF STUDENT TRANSCRIPT...

# USA FUNDS®

Application and Promissory Note for a Guaranteed Student Loan

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines or imprisonment under the United States Criminal Code and 20 USC 1097.

**SH-N-000000-01 D**

## SECTION 1 TO BE COMPLETED BY STUDENT BORROWER BEFORE READING INSTRUCTIONS

| | |
|---|---|
| 1. Social Security Number **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** | 2. Last Name (Please Print) **ROBINSON,**   First (No Nicknames) **JAMES**   M.I. **E.** |
| 3. Birthdate **07-05-1938** Mo. Day Yr. | 4. Permanent Home Address **520 HELVESTON ST**   Apt. No. |
| 5. Area Code/Phone No. for Item 1 **(205) 479-3388** | City **MOBILE**   State Code **AL**   Zip **36617** |
| 6. U.S. Citizenship Status 1 ☒ Citizen or National 2 ☐ Eligible Non-citizen   Alien I.D. # | 7. Your Dependents Number **4** Ages **10, 12, 16 AND 18** | 8. Permanent Resident of State Code **AL** Since **07 13 78** Mo. Yr. | 9. Intended Enrollment Status 1 ☐ Full-time 2 ☒ Half-time 3 ☐ Less than half-time |
| 10. Major Course of Study Code **017** | 11. While in School, You Intend to Live (Check One) 1 ☐ With Parents 2 ☐ On Campus 3 ☒ Off Campus | 12. Prior to the academic year for which this loan is requested, have you ever been enrolled in any school beyond the high school level? 1 ☐ Yes 2 ☐ No | 13. Requested Loan Amount **$2,500.00** |

| 14. Loan Period From **03 87** Mo. Yr. To **05 90** Mo. Yr. | 15. Have you ever defaulted on an education loan? If yes, give details on a separate sheet of paper including what arrangements have been made, if any, to repay this debt. 1 ☐ Yes 2 ☒ No |
|---|---|

| 16. Do you have any outstanding education loans? 1 ☐ Yes 2 ☒ No   If no, complete 16A thru 16E with zeroes. |
|---|

| 16A. Enter the total unpaid balance you owe on all your Guaranteed Student Loans. **$0000.00** | 16B. For your most recent GSL, enter the beginning and ending dates of the loan period. From **00 00** Mo. Yr. To **00 00** Mo. Yr. | 16C. Indicate the grade level of your most recent GSL. | 16D. Indicate the interest rate on your most recent GSL. **%** | 16E. Unpaid balance of your most recent GSL. **$0000.00** |
|---|---|---|---|---|

17. References—You must provide 2 separate references with different addresses (please print).

| Parent/Guardian plus Adult Relative | Street, City, State, Zip | Area Code-Phone No. | Employer |
|---|---|---|---|
| BRADY FRAZIER | 504 ROSEMONT DR SARALAND AL 36575 | 205 679-6036 | RETIRED |
| ELOUISE SANDERS | 1206 LOWER ST. BAYMINETTE AL 36507 | 957-3384 | US POSTAL SERVICE |

18. Name and Address of Lender Who will Process this Loan

First Southern Federal Savings and Loan

## Promissory Note for a Guaranteed Student Loan

**I. Promise To Pay** I, the undersigned student borrower identified in Section I, Item 2, (and any cosigner signing with the student borrower) promise to pay to you or your order when this note becomes due as set forth in Paragraph II, the sum of

19A. Requested Loan Amount—Must be the Same as Item 13

**TWO THOUSAND FIVE HUNDRED** Dollars

($**2500**.00) or such loan amount as is advanced to me and identified to me in the Notice of Loan Guarantee and Disclosure Statement, plus interest as set forth in Paragraph III, and any other charges which may become due as provided in Paragraph VI. If I fail to pay any of these amounts when they are due, I will pay all charges and other costs, including the fees of an outside attorney and court costs that are permitted by Federal law and regulations for the collection of this loan, which you incur in collecting this loan. (See Paragraphs II, III, VI on the other side.) My signature certifies that I have read, understood and agreed to the conditions and authorizations stated in the "Borrower Certification" printed on the reverse side.

I understand that this is a Promissory Note. I will not sign this Promissory Note before reading it including the writing on the reverse side, even if otherwise advised. As a student borrower, I am entitled to an exact copy of this Promissory Note, the Notice of Loan Guarantee and Disclosure Statement and any agreement I sign. By signing this Promissory Note I, the student borrower, acknowledge that I have received an exact copy hereof. I, the cosigner, have read and understand this Promissory Note and acknowledge that I may be responsible for payment in full of this obligation.

19B. Student Borrower Signature *James E. Robinson*   Date **31 Apr 87**

19C. Cosigner (if any) Signature _____   Date _____

Cosigner street address, city, state, zip

**NOTICE TO STUDENT AND COSIGNER:** Terms of the Promissory Note continue on the reverse side.

## SECTION 2 TO BE COMPLETED BY SCHOOL — SCHOOL COPY

| 20. Name of School **CARVER STATE TECHNICAL COLLEGE** | | City **Mobile** | 22. Loan Period (Mo./Day/Yr.) From **03 01 87** To **08 27 87** |
|---|---|---|---|
| 21. Address **414 Stanton Street** | | | 23. Grade Level Code | 24. Anticipated Completion Date Mo. **02** Yr. **90** |
| State **AL** Zip **36617** | 25. School Code **005703** | 26. Area Code/Phone No. **(205) 473-8692** | 27A. Dependency Status 1 ☐ Dependent 2 ☒ Independent | 27B. Adjusted Gross Income $ **5,760** |
| 28. Estimated Total Cost of Education for Loan Period $ **3,340** | 29A. Financial Aid for Loan Period $ **413** | 29B. Expected Family Contribution $ **1,355** | 30. Difference (Item 28 Less Items 29A and 29B) $ **1,572** | |

32. My signature below certifies that I have read, and agreed to the "School Certification" on the reverse of the school copy.

Signature of Authorized Financial Aid Administrator *Sadie J. Armstead*

Print or Type Name and Title **Sadie J. Armstead, Dean of Students** Date **4/1/87**

## SECTION 3 TO BE COMPLETED BY LENDER

| 33. Name of Lending Institution **First Southern Federal Savings and Loan** | 37. Loan Disbursement Date(s) Mo. Day Yr. #1 #2 #3 | 38. Loan Amount(s) |
|---|---|---|
| 34. Address **P.O. Box 160924** | | *This application has been* |
| City **Mobile** State **AL** Zip **36616** | 39. Total Amount Lender Approves $ | *electronically transmitted* |
| 35. Area Code/Phone No. **(800) 824-7044** | 36. Lender Code **819319** | 39A. Maturity Date Mo. Yr. | 39B. Interest Rate **11%** | 39C. Total Fee |
| 40. Signature of Authorized Lending Official | | Print or Type Name and Title | Date **4-1** |

Detach copies A, B, and C from the booklet.

USA Funds Form 115 6/85

©Copyright 1985 USA Funds, Inc. All rights reserved.

**LENDER COPY A**

Check issued 1st semester

**STUDENT LOAN**

22352

**BOUTHERN FEDERAL SAVINGS**
AND LOAN ASSOCIATION-MOBILE, ALABAMA

ACCOUNT NUMBER   DATE
CS 67C39024   06/29/87

21752

PAY    SEVEN HUNDRED TWENTY-SIX DOLLARS & FIFTY-SIX CENTS************

TO THE ORDER OF    JAMES F ROBINSON (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) AND
CARVER STATE TECH INSTITUTE

AMOUNT
******726.56

NON NEGOTIABLE

FOR   USAF STUDENT LOAN PL 0000

⑈022352⑈ ⑆065184714⑈ 95⑈ 00506607⑈

Check issued 1st semester

No. 01563

**[SL] Southern**
Lower Southern Federal
Savings and Loan Association
Montgomery, ALABAMA

Student Loan
Department

Pay ********** DOLLARS AND 00 CENTS

To the
Order of   JAMES E. ROBINSON AND
           LOMAX STATE TECHNICAL COLLEGE

Countersignature required
if in excess of $1,000.00

**NON-NEGOTIABLE**
CUSTOMER COPY

For _____

**Application and Promissory Note for a Guaranteed Student Loan**

WARNING: Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines or imprisonment under the United States Criminal Code and 20 USC 1097.

SH- N-000000-01 D

## SECTION I — TO BE COMPLETED BY THE STUDENT — READ THE INSTRUCTIONS — TYPE OR PRINT IN INK

**1A** Social Security Number: 424 44 5030

**1B** Correct Item 1A in this space.

**2A** Last Name, First, M.I., Permanent Home Address:
ROBINSON, JAMES E.
520 HELVESTON ST.
MOBILE, AL 36617

**2B** Correct Item 2A in this space.
Name ___
Address ___
City, State, Zip ___

**3** Birthdate: 5 July 38

**4** Driver's License State AL No. 3103726

**5** Area Code/Phone No. 205 479 3388

**6** U.S. Citizenship Status (check one): [X] 1 Citizen [ ] 2 Non-Citizen  Eligible Alien ID No.

**7** References — You must provide separate adult references with different addresses (carefully read instructions).

| Name | Street, City, State, Zip | Area Code/Phone No. |
|---|---|---|
| A BRADY FRAZIER 548 Rosemont Dr 36505 205-675-6036 / Retired |  | Employer 205 937 3391 AR |
| B LOUISE SANDERS 1206 Lower St, Baymenette AL 36507 - U.S. Postal System |  |  |
| C FREDDIE HALL 1958 W. Prichard Ln Prichard AL 36610-457-2319 - State of Alabama |  |  |

**8** Intended Enrollment Status (check one): [ ] 1 Full-time [X] 2 At least half-time

**9** Major Course of Study: Job Studies

**10** Requested Loan Amount: 2625 .00

**11** Loan Period For this Loan. From Sept 87 To Aug 88

**12** Have you ever defaulted on an Education Loan? (check one) If yes, carefully read instructions. [ ] 1 Yes [X] 2 No

**13** Do you have any unpaid student loans? (check one) If yes, carefully read instructions. If no, complete 13A through 13E with zeroes. [X] 1 Yes [ ] 2 No

**13A** Total unpaid balance of your most recent GSL: 1572 .00

**13B** Interest rate on your most recent GSL: 8 %

**13C** Grade level of your most recent GSL: 

**13D** Beginning and ending dates of your most recent GSL. From Mar 87 To Aug 87

**13E** Total unpaid balance of all your GSL/SLS/ALAS/PLUS Loans or any portion of these loans included in this Consolidation Loan. 1572.00

Name and Address of Previous Lender, if any. 1st Southern 3054 Springhill Av, Mobile, AL

7. TELEPHONE #'s  A. 205.675.6036  B. 205.937.3391  C. 205.457.2319

## Promissory Note for a Guaranteed Student Loan

COSIGNER SIGNATURE ___
ADDRESS ___

**19A** X James E. Robinson 26 Aug 87
Signature of Student Borrower   Date

## SECTION II — TO BE COMPLETED BY THE SCHOOL

**20** Name and Address of School

**21** School Code

**22** Area Code/Phone No.

**23A** Grade Level Code **23B** Correct Item 23A in this space.

**24A** Anticipated Completion Date Mo. Yr.

**24B** Correct Item 24A in this space

**25** Enrollment Period Covered by Loan Mo. Day Yr. Mo. Day Yr.

**26** Family Adjusted Gross Income .00

**27** Estimated Cost of Attendance For Loan Period .00

**28** Estimated Financial Aid for Loan Period .00

**29A** Expected Family Contribution .00

Difference (27 minus the sum of 28 plus 29) .00

**31** Recommended Disbursement Date Mo. Day Yr. Mo. Day Yr. Mo. Day Yr.

**29B** Correct Item 29A in this space.

**32** I have read and understand the terms of the school certification printed on the back of the application.

Signature of Authorized Fin. Aid Director

Type or Print Name and Title

Date

## SECTION III — TO BE COMPLETED BY THE LENDER

**34** Name and Address of lending institution.
LSC/ALTUS BANK.
A FEDERAL SAVINGS BANK
P. O. BOX 1411
MERRIFIELD. VA 22116

**35** Loan Amount Approved .00

**36** Interest Rate %

**37** Fee

**38** Lender Code 831081

**39** Anticipated Disbursement Date(s) Mo. Day Yr. Mo. Day Yr. Mo. Day Yr.

**40** Signature of Authorized Lending Official

Type or Print Name and Title

Date

**41** Area Code/Phone No. 800-343-0222

**42** For Lender Use Only

Copyright 1987 USA Funds, Inc. All rights reserved. form is to be used only by USA Funds or the guarantor it serves as identified above.
CR COPY A

USA Funds Form 115C 3/87

$7186

ALLTUS BANK

LSCV JO3U

FOUR HUNDRED EIGHTY TWO AND 68/100.........................
PAY

TO THE
ORDER OF    ROBINSON  JAMES E

1234 U STREET

ANYTOWN STS YOUR  SCHOOL

**REPAYMENT OBLIGATION**

LOAN SERVICING CENTER (VERSION)
P.O. BOX 1650
MERRIFIELD, VA 22116
(703) 904-1260

01/16/99

ACCOUNT# 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 1

JAMES R ROBINSON
520 HELVESTON ST

MOBILE AL 36617

For value received, I promise to pay to the order of **ALTUS BANK** $ 1,053.00

(the "Lender") at the servicer's address printed above, the principal sum of $ 1,053.00
in United States currency with daily simple interest thereon at the rate of 8.000 % per annum in accordance with the repayment schedule set forth below. If I fail to pay any of these amounts when they are due, I will also pay all charges and other costs - including reasonable attorney fees - that are permitted by law and that are necessary for the collection of these amounts. I also agree to pay all amounts (including interest) outstanding on my student loan(s) which are unpaid as of the date the repayment period begins or resumes. This document incorporates the repayment obligation(s) under original Promissory Note(s) pertaining to the loans listed below. I understand that my obligation is subject to the terms and conditions of such Promissory Note(s), each of which is still in effect in accordance with its terms. The liability of any Endorser(s) on such Promissory Note(s) is not released.

### LOANS TO WHICH THIS REPAYMENT OBLIGATION IS APPLICABLE

| LOAN DATE | LOAN AMOUNT | GUARANTOR | LOAN DATE | LOAN AMOUNT | GUARANTOR |
|---|---|---|---|---|---|
| 09/29/87 | 1,053.00 | US&P | | | |

I understand that installments of principal may be deferred if I qualify for one of the deferment conditions listed on the Statements of Rights and Responsibilities printed on the reverse side of this form. I must provide proper documentation to the Lender to support any deferment status.

I further agree to observe applicable regulations relating to the loan(s) and to inform the Lender promptly in writing of any changes occurring in my home address or changes affecting my eligibility for a deferment. I also will inform the Lender promptly in writing of any change in the address of any Endorser(s) on my Promissory Note(s). All payments and other correspondence are to be sent to the servicer named above. I hereby authorize the Lender to obtain enrollment and address information from any of the schools in which I am accepted for enrollment, am enrolled or was enrolled.

I understand that the acceptance by the Lender of any delinquent installment(s) shall not constitute a waiver of any of the rights of the Lender. Should there be a failure to make any installment payment hereunder when due, the unpaid balance shall become immediately due and payable at the option of the Lender.

I understand that consolidation or refinancing options may be available for GSLP and other educational loan programs. For further information, I should contact the servicer named above.

PREPAYMENT: If I pay all or part of this obligation early, I will not have to pay a penalty.
LATE CHARGE: If a payment is late by more than 10 days, I may be subject to a late charge of $5.00 or 5% of the payment, whichever is less.
INSURANCE: I may be charged an insurance premium during repayment. I should refer to my Promissory Note(s) for further information.

| NO OF PAYMENTS | AMOUNT OF PAYMENTS | MO/YR PAYMENTS BEGIN | NO OF PAYMENTS | AMOUNT OF PAYMENTS | DUE MONTHS BEGINNING | AMOUNT TO BE PAID |
|---|---|---|---|---|---|---|
| 59 | 26.21 | 03/01/89 | | | 1. Unpaid Principal Balance | 1,053.00 |
| | | | | | 2. Plus Accrued Unpaid Interest Capital. | 0.00 |
| | | | | | 3. Equals Principal Amount To Be Paid | 1,053.00 |
| | | | | | 4. Plus Accrued Unpaid Interest Net | |
| | | | | | to be Capitalized | 242.36 |
| | | | | | 5. Plus Projected Interest To Be Paid | |
| | | | | | 6. During Repayment | 242.36 |
| | | | | | 6. Equals Projected Total Amount To Be | 1,295.36 |
| | | | | | 7. Paid | 1,295.36 |

**DATE REPAYMENT PERIOD BEGINS OR RESUMES** 03/01/89

All payments for the repayment period are due on the same day of the month as the initial payment. If a payment is not made as scheduled or if I am late in making a payment, the Lender may adjust the repayment schedule and I will be charged accordingly.

CAVEAT: The information disclosed above is based on the assumption that, as of the date the first payment is due under the repayment schedule, all payments due prior to that date will have been made as scheduled. The Lender will not collect or attempt to collect interest we are permitted by the terms of the Promissory Note(s) and Regulations (34 CFR 682 and applicable state law) and the provisions governing the Guaranteed Student Loan Program and the terms of the Promissory Note(s) which I have signed.

SIGNATURE OF BORROWER _____ DATE _____

CITY _____ STATE _____ ZIP CODE _____

**RETURN TO LSC**

PERMANENT ADDRESS
Check here if this is a new address

BEST COPY AVAILABLE
AT TIME OF IMAGING

UNITED STUDENT AID FUNDS

NOTICE OF LOAN GUARANTEE AND DISCLOSURE STATEMENT FOR A GUARANTEED STUDENT LOAN
LENDER USE ONLY!

**092883**

Lending Institution Name and Address

ALTUS BANK/LSC/, A FEDERAL
SAVINGS BANK
PO BOX 1411
MERRIFIELD        VA        22116

RESERVE D            SR   R-000000-
LOAN PERIOD     09/02/87 THRU 08/25/88
LENGTH OF GRACE      SIX FULL   MONTHS
GRADUATION DATE   01/89
MATURITY DATE     08/01/89

Lender Code   8 3108 1   Date Produced   09/25/87   Interest Rate   8.00   Date Guaranteed 09/24/87

| School Name and Address | 005703 | Social Security Number | 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 |
|---|---|---|---|
| | | Borrower Name and Address | |

CARVER STATE TECHNICAL COLLEGE
414 STANTON AVE
MOBILE        AL        36617

JAMES E ROBINSON
520 HELVESTON STREET
MOBILE        AL        36617

Late Charges Information. If any required installment payment has not reached the lender within  10  days after its due date, the lender may, if permitted by law, bill you for a late charge at the maximum rate permitted. If a payment is late, you may be charged  6.00  % of the payment

Total Indebtedness

Total amount owed this lender including this loan is   $ 2625.00   This amount includes only the GSL, SLS, PLUS and Consolidation loans currently held by this lending institution. It does not include any amounts you may owe through other lending institutions, nor does it include the amount you may owe through other loan programs. You may project your estimated monthly payments by looking up the repayment terms using the "Repayment Term Estimates" on the back of this form.

| Disbursement Schedule | Estimated Disbursement Date | Loan Amount | Loan Guarantee Fee | Loan Origination Fee | Amount of Loan Check | Pre Paid Guarantee Fee |
|---|---|---|---|---|---|---|
| FIRST   0606 | 01/01/88 | $ 524.00 | $ 15.72 | $ 26.20 | $ 482.08 | N/A |
| SECOND   0707 | 01/04/88 | $ 524.00 | $ 15.72 | $ 26.20 | $ 482.08 | N/A |
| THIRD   0808 | 03/02/88 | $ 524.00 | $ 15.72 | $ 26.20 | $ 482.08 | N/A |
| TOTAL | - | $1,572.00 | $ 47.16 | $ 78.60 | $1,446.24 | N/A |

*** ELECTRONIC APPLICATION ***

IN ACCORDANCE WITH THE REQUIREMENTS OF FEDERAL LAW, THE ORIGINATION FEE FOR
YOUR LOAN EQUALS   5.0% OF THE LOAN AMOUNT.   BY CASHING YOUR STUDENT LOAN CHECK,
YOU ARE AGREEING TO PAY THIS ORIGINATION FEE.

THE GUARANTEE FEE IS EQUAL TO   3.00 PERCENT ON THE LOAN AMOUNT OR $ 60.00,
WHICHEVER IS LESS.

IF YOU NEED ADDITIONAL FINANCIAL AID, YOU OR YOUR PARENTS MAY BE ELIGIBLE UNDER
USA FUNDS' PLUS (PARENT) LOAN PROGRAM. FOR AN APPLICATION KIT CALL 800-LOAN-USA
(NATIONWIDE).

1 9 9 9 0 1 6 0 4

USA Funds Form 248 3 87

Department of the Treasury
Internal Revenue Service
MEMPHIS, TN 37501

Date of this notice:    APR. 11, 1994
Taxpayer Identifying Number:    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
Form: 1040A    Tax Period: DEC. 31, 1993

FOR ASSISTANCE FROM THE AGENCY THAT
REFERRED YOUR DEBT TO US, YOU MAY
WRITE TO:

JAMES E ROBINSON
824 PRICHARD LN
PRICHARD AL 36610-4310240

U.S. DEPARTMENT OF EDUCATION
C/O SUPERIOR CREDIT SERVICE, INC.
2506 WILLOWBROOK PKWY, RM 299
P.O. BOX 55378
INDIANAPOLIS, IN 46205

OR CALL:

(800) 828-9286 LOCAL
(800) 828-9286 INSTATE IN
(800) 828-9286 NATIONWIDE

(IRS NUMBERS ARE LISTED BELOW)

OVERPAID TAX APPLIED TO PAST-DUE OBLIGATION                 DE UF

    WE HAVE APPLIED ALL OR PART OF YOUR REFUND TO FULLY OR PARTIALLY SATISFY A
PAST-DUE OBLIGATION REFERRED TO US BY ANOTHER GOVERNMENT AGENCY. THIS ACTION IS
REQUIRED BY SECTION 6402(C) OR (D) OF THE INTERNAL REVENUE CODE. FOR QUESTIONS
ABOUT THE OBLIGATION, OR IF YOU BELIEVE THE AMOUNT IS IN ERROR, CONTACT THE AGENCY
AT THE ADDRESS OR TELEPHONE NUMBER SHOWN IN THE UPPER RIGHT CORNER OF THIS NOTICE.

OBLIGOR'S SSN: 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

                    TAX STATEMENT

        REFUND ON INCOME TAX RETURN:...................    $1,444.00
        AMOUNT OF REFUND APPLIED TO THE AGENCY DEBT:.    $1,444.00

        AMOUNT TO BE APPLIED TO OTHER OBLIGATIONS,
        REFUNDED, OR APPLIED TO YOUR ESTIMATED TAX:..    $.00
        (IF THERE IS AN AMOUNT TO BE REFUNDED BY
        IRS, INTEREST DUE YOU WILL BE ADDED.)

FOR REFUND INFORMATION CALL:
1-800-829-1040 ST. OF AL

Form 8581 (10-86)



*We Help Put America Through School*

T006805

October 4, 2006

Mr. James Robinson
1206 Lower Street
Bay Minette, AL  36507-2758

Hearing Decision
Federal Family Education Loans
Debt No(s):   G199609017535301
              G199609017535402
              G199609017535503
              G199609017535604

Account No.: 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

Dear Mr. Robinson:

This is in response to your recent request for a hearing on your objection to offset your
federal payments for a debt held by the U.S. Department of Education, Federal Student
Aid.

Your objection(s) to offset:

- You state that you have repaid all or a portion of this debt.

- You believe you should not be held responsible for repaying the full amount
  of this debt because the school you attended should have issued a refund but
  failed to do so.

Evidence considered:

We reviewed the documents you provided and information in the Department's electronic
records regarding your account.

We regret that you are dissatisfied with our previous responses; however, our position has
not changed. Our records indicate that your loans were signed, approved, disbursed, and
refunded as follows:

| Amount Stated on Promissory Note ($) | Amount Approved ($) | Amount Disbursed ($) | Amount Refunded by School ($) | Amount Due ($) |
|---|---|---|---|---|
| $2,625.00 | $1,572.00 | $1,572.00 | $524.00 | $1,048.00 |
| $2,500.00 | $1,572.00 | $1,572.00 | $0.00 | $1,572.00 |

**USAGroup** Guarantee Services™

*Strategic solutions for educatio .*

June 19, 1996

James E. Robinson
1206 Lower St.
Bayminette, AL 36507

RE: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

Dear Mr. Robinson:

This letter is in response to your recent correspondence dated May 2, 1996. USA Services, Inc., welcomes the opportunity to be of assistance.

According to our records it has been determined that you obtained two educational loans guaranteed under the Federal Family Education Loan Program, formerly known as the Guaranteed Student Loan Program (GSLP), which were disbursed as follows.

| Disbursement Dates | Disbursement Amounts |
| --- | --- |
| 12/23/87 | $524.00 |
| 9/29/87 | 524.00 |
| 4/28/87 | 524.00 |
| 5/29/87 | 524.00 |

Please be advised that the loans you obtained totaled $2625.00. However, your loans were disbursed with the interest capitalized and placed at the end of the loan in the amount of $943.10 with interest accruing daily. Therefore, you are responsible for the balance of the loan disbursed.

Enclosed you will find a Statement of Purchased Account which will reflect all payments and how they were applied.

Post Claim Assistance Unit
USA Group Services Inc.

Enclosure

Vl/js/x

*Mailing Address.*
P.O. Box 6180, Indianapolis, IN  46206-6180
317 849-6510  800 428-9250

*Corporate Address:*
11100 USA Parkway, Fishers, IN  46038-9213

*USA Group Guarantee Services  x
a USA Group Company*



**U.S. DEPARTMENT OF EDUCATION**
**OFFICE OF POSTSECONDARY EDUCATION**
**50 UNITED NATIONS PLAZA – REGION IX**
**SAN FRANCISCO, CA 94102–4987**

**SAN FRANCISCO SERVICE CENTER**            February 7, 2003

James Robinson
1206 Lower Street
Bay Minette, AL  36507

                          RE:     **Unpaid Tuition Refund**
                                  **G199609017535301**
                                  **G199609017535402**
                                  **G199609017535503**
                                  **G199609017535604**

Dear Mr. Robinson:

This letter acknowledges receipt of your application for discharge of all or part of the
Federal Family Education Loan(s) (FFEL), which you obtained to attend CARVER
STATE TECH TRADE SCHOOL. You believe the school failed to pay a refund of
unused tuition, which should have been applied to your loan account. After a thorough
review of the loan records, we have denied your request for loan discharge for the
following reason(s):

> **Records indicate that you graduated 8-31-88. Therefore, you are not entitled**
> **to any unpaid tuition refund.**

This decision applies only to the FFEL held by ED, listed above, which was obtained to
attend CARVER STATE TECH TRADE SCHOOL. The Department has made no
determination regarding loans, which may be held by guaranty agencies, servicers,
lenders, or educational institutions.  If you believe that you may be eligible for discharge
of other loans, you should contact the holder of those loans.

                              Sincerely,

                              Zaldy A. Ralleta
                              Loan Analyst

June 4, 2003

James Robinson
1206 Lower Street
Bay Minette, AL  36507

                              RE:     Unpaid Tuition Refund
                                      Discharge Denial

Dear Mr. Robinson:

This letter acknowledges receipt of your letter dated February 18, 2003, including a copy
of the Loan Application/Promissory Note and a Student Registration and Admit Form
from Carver State Technical College, disputing the denial of your loan discharge
application due to unpaid tuition refund.

The Application/Promissory Note clearly indicates that the loan period covered was from
3-9-87 to 8-27-87. The school documentation certifies that your separation date was 5-2-
88. Your school attendance exceeded the loan period, therefore you are not entitled to any
unpaid tuition refund.

If you disagree with this decision you should contact the school and resolve the matter
with them.

                              Sincerely,



                              Zaldy A. Ralleta
                              Loan Analyst

<table>
<tr><td rowspan="2">DO NOT SEND CASH<br>MAKE CHECKS PAYABLE TO:<br>U.S. DEPARTMENT OF EDUCATION<br>SHOW YOUR SOCIAL SECURITY NUMBER<br>ON YOUR CHECK</td><td>ACCOUNT NO.</td><td>PRINCIPAL BAL.</td><td>INTEREST</td></tr>
<tr><td>42445030</td><td>$ 2850.01</td><td>$ 215.97</td></tr>
</table>

| ACCOUNT NO. | PRINCIPAL BAL. | INTEREST |
|---|---|---|
| 42445030 | $ 2850.01 | $ 215.97 |
| PENALTY CHARGES | FEES & COSTS | TOTAL BALANCE |
| $ 1306.08 | $ 5.00 | $ 6,677.06 |

**RETURN THIS PORTION WITH YOUR PAYMENT**
NOTE NAME/ADDRESS/PHONE NO. CHANGES ON BACK

**AMOUNT PAID:**

SEND PAYMENT TO:

Personal & Confidential          0425-3475

JAMES E ROBINSON
1206 LOWER ST
BAY MINETTE AL   36507-2758

NATIONAL PAYMENT CENTER
US DEPARTMENT OF EDUCATION
P.O. BOX 105028
ATLANTA, GA 30348-5028

4  324244450301  0000004950  00000587      4  324244450301  0007282010  06677062

---

DATE: July 23, 2010

This notice regarding your account with the U.S. Department of Education (ED) is from NCO Financial Systems, Inc. The U.S. Department of Education has placed your account with this agency for collection.

It appears that you are unable to pay the full balance of your debt to the creditor at this time. You may be eligible to apply for several programs, based on your financial situation and ability to pay. Some of these programs are listed below:

    -COMPROMISE OFFER
    -LOAN REHABILITATION
    -LOAN CONSOLIDATION

Many of these programs can reinstate your Title IV eligibility, if you are approved; however, it is important that you respond so we may assist you in finding the right program. Please call the number provided below to speak to a representative about this situation:

    NCO Financial Systems, Inc. 877-898-5004

Or you may write us at:

    NCO FINANCIAL SYSTEMS, INC.
    PO BOX 4929
    TRENTON, NJ  08650-4929

Do not send payments to this address. All payments are to go to the U.S. DEPARTMENT OF EDUCATION, NATIONAL PAYMENT CENTER, P.O. BOX 105028, ATLANTA, GA 30348-5028. Be sure to include your Social Security Number on the face of the check or money order you send. Our office hours are Monday through Thursday 8am to 9pm, Friday 8am to 5pm, Saturday 8am to 12 noon. Calls to or from NCO Financial Systems, Inc. may be monitored or recorded for quality assurance.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

You may also make payment by credit card. Your registration code is 18.3138902.24889921.986.

Your account balance may be periodically increased due to the addition of accrued interest or other charges as provided in your agreement with the original creditor or as otherwise provided by federal law.

NCO FINANCIAL SYSTEMS, INC.          NCOP  401
507 Prudential Road                            3475
Horsham, PA 19044



| DO NOT SEND CASH | ACCOUNT NO. | PRINCIPAL BAL. | INTEREST |
|---|---|---|---|
| MAKE CHECKS PAYABLE TO: U.S. DEPARTMENT OF EDUCATION SHOW YOUR SOCIAL SECURITY NUMBER ON YOUR CHECK | S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 | | |
| | PENALTY CHARGES | FEES & COSTS | TOTAL BALANCE |

## RETURN THIS PORTION WITH YOUR PAYMENT
NOTE NAME/ADDRESS/PHONE NO. CHANGES ON BACK

AMOUNT PAID:

#BWNFDMC **AUTO
#42 5030N18 S44424 1#
JAMES E ROBINSON
1206 LOWER ST
BAY MINETTE AL  36507-2758

SEND PAYMENT TO:

NATIONAL PAYMENT CENTER
US DEPARTMENT OF EDUCATION
PO BOX 4169
GREENVILLE TX 75403-4169

9 324244450301 0000002518 00000569    9 324244450301 0008272007 05934393

---

KEEP THIS PORTION FOR YOUR RECORDS
## U.S. DEPARTMENT OF EDUCATION

DATE: AUGUST 27, 2007

### DEBT STATEMENT

THE U.S. DEPARTMENT OF EDUCATION (ED) HOLDS THE FOLLOWING DEFAULTED STUDENT LOAN(S) OR GRANT CLAIM(S) WHICH IT INTENDS TO COLLECT BY TREASURY OFFSET AGAINST ANY FEDERAL REFUND AND OTHER FEDERAL AND/OR STATE PAYMENTS YOU MAY BE ENTITLED TO RECEIVE IN THE FUTURE. PLEASE READ THE ENCLOSED NOTICE OF PROPOSED OFFSET FOR AN EXPLANATION OF YOUR RIGHTS AND THE MANNER IN WHICH YOU MUST EXERCISE THEM TO AVOID OFFSET. ED MAY HAVE ALREADY REFERRED FOR OFFSET SOME OF THE DEBTS LISTED ON THIS STATEMENT, AS EXPLAINED IN PRIOR NOTICES. ANY IN-PERSON HEARING WILL BE HELD IN SAN FRANCISCO (SEE ENCLOSED NOTICE).

ED RECORDS SHOW THE FOLLOWING INFORMATION ON THESE DEBTS. SEE THE ENCLOSED NOTICE FOR INSTRUCTIONS ON HOW TO REQUEST ADDITIONAL INFORMATION ED RECORDS MAY CONTAIN. INDIVIDUAL DEBT INFORMATION IS LISTED BELOW AND/OR ON THE FOLLOWING PAGE.

AMOUNT REPAID TO LENDER/SCHOOL/GUARANTY AGENCY:  $1,466.01
DATE EARLIEST DEBT TRANSFERRED TO ED: 02/23/90
PAYMENTS TO ED (MAY INCLUDE FEES PAID BY DEBTOR
 AND PAYMENTS ON OTHER DEBTS):  $185.34
CURRENT PRINCIPAL:  $2,515.97   CURRENT ACCRUED INTEREST:  $2,264.91
PRINCIPAL AND INTEREST ON DEBTS ELIGIBLE FOR OFFSET,
 BY DATE OF DEBT STATEMENT:  $4,780.88

ED WILL INCLUDE IN THE AMOUNT TO BE COLLECTED BY OFFSET INTEREST THAT ACCRUES ON THIS DEBT AS WELL AS ANY AMOUNT THAT IS REFUNDED AFTER THE DATE OF THIS NOTICE.

SEND ANY REQUESTS FOR: DOCUMENTS, A REVIEW OF OBJECTIONS, OR A HEARING, IN WRITING TO:
        U.S. DEPARTMENT OF EDUCATION
        FEDERAL OFFSET UNIT
        P.O. BOX 5227
        GREENVILLE, TX  75403

N18  00018738    0708260859