IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| JAMES E. ROBINSON, | * |
| | * |
| Plaintiff, | * CIVIL ACTION NO. 12-0448-KD-C |
| | * |
| v. | * |
| | * |
| UNITED STATES DEPARTMENT | * |
| OF EDUCATION, et al., | * |
| | * |
| Defendants. | * |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Come now Plaintiff, James E. Robinson, and Defendant, the United States of America, parties in the above captioned case, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly dismiss with prejudice, all of Plaintiff's claims for relief and causes of action contained in the instant action against the Defendant. (Settlement Agreement attached). Each party will bear their own costs. Defendant's counsel has Plaintiff's express permission to electronically sign and file this Joint Stipulation for Dismissal with Prejudice.

4 FEB 13
Date

/s/ James E. Robinson
James E. Robinson
Plaintiff, Pro Se

KENYEN R. BROWN
UNITED STATES ATTORNEY

Feb 14, 2013
Date

/s/ Eugene A. Seidel
Eugene A. Seidel (SEIDE 0572)
First Assistant United States Attorney
63 S. Royal Street, Suite 600
Mobile, AL 36602
(251)441-5845 /(251)441-5051 (F)
Attorney for Defendant