**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

JAMES E. ROBINSON,                          :

    Plaintiff,                          :

vs.                                         :          CA 12-0448-KD-C

UNITED STATES DEPARTMENT         :
OF EDUCATION, et al.,

    Defendants.

**<u>ORDER</u>**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 20, 2013 is **ADOPTED** as the opinion of this Court.

**DONE** this 8th day of March, 2013.

<u>s/ Kristi K. DuBose</u>
**UNITED STATES DISTRICT JUDGE**