IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES E. ROBINSON, | : | |
| Plaintiff, | : | |
| vs. | : | CA 12-0448-KD-C |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | : | |
| Defendants. | | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff's complaint (Doc. 1) be and it is hereby **DISMISSED WITH PREJUDICE** based upon the compromise settlement of this matter reached by the parties and reflected in various pleading and attachments to those pleadings and filed herein (*see* Docs. 22 & 23).

**DONE** this 8th day of March, 2013.

s/ Kristi K. DuBose
**UNITED STATES DISTRICT JUDGE**